DISMISS; Opinion issued February 7, 2013



In The

Court of Appeals

Fifth District of Texas at Dallas

No. 05-12-00452-CV

MALCOLM CUMMINGS, Appellant

V.

PROVIDENCE APTS, Appellee

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-12-01529D

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated May 14, 2012, we informed appellant that the Court had received notice from the Dallas County Clerk that the clerk's record in this case had not been filed because appellant had not paid for the record. We directed appellant to provide the Court with written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the Court with the required documentation within ten days might result in the dismissal of this appeal. To date, appellant has not paid the filing fee, provided the Court with the required documentation regarding the clerk's record, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b),(c).


_____
CAROLYN WRIGHT
CHIEF JUSTICE

120452F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MALCOLM CUMMINGS, Appellant

No. 05-12-00452-CV     V.

PROVIDENCE APTS, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-12-01529D.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee PROVIDENCE APTS recover its costs of this appeal from appellant MALCOLM CUMMINGS.

Judgment entered February 7, 2013.

CAROLYN WRIGHT
CHIEF JUSTICE